UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>N. IKEGBU,<br><br>　　　　Defendant. | No. 2:19-cv-1282 JAM DB P<br><br><u>ORDER</u> |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 20, 2019 (ECF No. 9) are adopted in full; and

2. Defendant Bick is dismissed from this action.

Dated: October 10, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge